# FINANCIAL DISCLOSURE REPORT
## NOMINATION

| 1. PERSON REPORTING | 2. COURT OR ORGANIZATION | 3. DATE OF RE |
|---|---|---|
| Scott, Jeanne E. | U.S. Dist. Ct. Cent. Dis. Ill. | 04/03/1998 |

| 4. TITLE | 5. REPORT TYPE (CHECK TYPE) | 6. REPORTING PE |
|---|---|---|
| U.S. District Judge Nominee | X NOMINATION, DATE 04/02/1998 ___ INITIAL ___ ANNUAL ___ FINAL | 01/01/1997 TO 03/30/1998 |

| 7. CHAMBERS OR OFFICE ADDRESS | 8. ON THE BASIS OF THE INFORMATION CONTAINE |
|---|---|
| 732 Sangamon County Complex 200 South Ninth Street Springfield, Ill. 62701 | MODIFICATIONS PERTAINING THERETO, IT IS IN WITH APPLICABLE LAWS AND REGULATIONS. REVIEWING OFFICER_____ DATE_____ |

## I. POSITIONS

| POSITION | NAME OF ORGANIZATION / ENTIT |
|---|---|
| X NONE (NO REPORTABLE POSITIONS) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS

| DATE | PARTIES AND TERMS |
|---|---|
| NONE (NO REPORTABLE AGREEMENTS) | |
| 1979 | Ill. Judges' Retirement System -- vested right to future pension benefit. |
| 2 | |
| 3 | |

## III. NON-INVESTMENT INCOME

| DATE | PARTIES AND TERMS | GROSS INCO (YOURS, NOT SPOUSES) |
|---|---|---|
| NONE (NO REPORTABLE NON-INVESTMENT INCOME) | | |
| 1 1996 | State of Ill. (Salary - net) | $ 70,733.72 |
| 2 1997 | State of Ill. (Salary - net) | $ 72,820.63 |
| 3 1998 | State of Ill. (Salary - net) | $ 18,514.83 |
| 4 1997 | Franklin Life Ins. Co. - interest on policy | $ 399.66 |
| 5 | | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | NAME OF PERSON REPORTING | DATE OF REPORT |
| --- | --- | --- |
| Page E. | | 04/03/199? |

## IV. REIMBURSEMENTS AND GIFTS — LODGING, FOOD, ENTERTAINMENT.

*(Include those to spouse and dependent children on the parenthetical "(S)" and "(D)" to indicate reportable reimbursements and gifts received by spouse and dependent children separately. See pp. 59-60 of Instructions.)*

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| [ ] | NONE (NO SUCH REPORTABLE REIMBURSEMENTS OR GIFTS) | |
| 1 | Exempt | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. OTHER GIFTS

*(Include those to spouse and dependent children; use the parenthetical "(S)" and "(D)" to indicate other gifts received by spouse and dependent children separately. See pp. 59-60 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| [ ] | NONE (NO SUCH REPORTABLE GIFTS) | | |
| 1 | Exempt | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |

## VI. LIABILITIES

*(Include those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(D)" for liability of a dependent child. See pp. 59-60 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CO |
| --- | --- | --- | --- |
| [X] | NONE (NO REPORTABLE LIABILITIES) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |

* VAL CODES J=$15,000 OR LESS   K=$15,001-$50,000   L=$50,001 TO $100,000   M=$100,001-$250,000   N=$250,001-$500,000
  O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 OR MORE

Digitized by Google

FINANCIAL DISCLOSURE REPORT — nne E.

## VII. PAGE INVESTMENTS AND TRUSTS

EXEMPT

| A. DESCRIPTION OF ASSETS (Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure) | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT. CODE (A-H) | (2) TYPE (E.G. DIVIDEND, RENT OR INT.) | (1) VALUE CODE (J-P) | (2) VALUE METHOD CODE (Q-W) | (1) TYPE (E.G. BUY, SELL, MERGER) | IF NOT EXEMPT FROM DISCLOSURE | | | |
| | | | | | | (2) DATE MONTH-DAY | (3) VALUE CODE | (4) GAIN CODE | (5) IDENTITY OF BUYER/SELLER (IF PRIVATE TRANSACTION) |
| NONE (NO REPORTABLE INCOME, ASSETS, OR TRANSACTIONS) | | | | | | | | | |
| 1 Alumax common stock | | None | J | T | | | | | |
| 2 AT&T common stock | A | Dividend | J | T | | | | | |
| 3 Amer. Express common stock | A | Dividend | K | T | | | | | |
| 4 Amer. Genl. Co. common stock | A | Dividend | J | T | | | | | |
| 5 AMP Inc. common stock | A | Dividend | J | T | | | | | |
| 6 Atl. Rich. common stock | A | Dividend | J | T | | | | | |
| 7 Baxter Int. common stock | A | Dividend | J | T | | | | | |
| 8 Belden common stock | A | Dividend | J | T | | | | | |
| 9 Bristol Myers Sq. common stock | A | Dividend | K | T | | | | | |
| 10 Browning Ferris common stock | A | Dividend | J | T | | | | | |
| 11 Burlington Resc. common stock | A | Dividend | J | T | | | | | |
| 12 Chase Manhtn common stock | A | Dividend | J | T | | | | | |
| 13 Electr Data Sys. common stock | A | Dividend | J | T | | | | | |
| 14 Eastman Kodak common stock | A | Dividend | J | T | | | | | |
| 15 General RE common stock | A | Dividend | J | T | | | | | |
| 16 Intel common stock | A | Dividend | J | T | | | | | |
| 17 Lee Ent. common stock | A | Dividend | J | T | | | | | |

1 Inc Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes:    Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated



Digitized by Google

| FINANCIAL DISCLOSURE REPORT | NAME OF PERSON REPORTING Minne E. | DATE OF REPORT 04/03/1998 |
|---|---|---|

## VII. PAGE INVESTMENTS AND TRUSTS

| A. DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTIN | | D. TRANSACTIONS DURING REPORTING PERIOD EXEMPT | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A- | (2) TYPE (E.G. DIVIDEND RENT OR | (1) VAL UE COD E (J-P) | (2) VALUE METH OD CODE (Q-W) | (1) TYPE (E.G. BUY, SELL MERGER | IF NOT EXEMPT FROM DISCLOSURE | | | |
| | | | | | | (2) DATE MONT H | (3) VAL UE COD E | (4) GAIN COD E | (5) IDENTITY OF BUYER/SELLER (IF PRIVATE TRANSACTION) |
| NON-(NO REPORTABLE INCOME, ASSETS, OR TRANSACTIONS) | | | | | | | | | |
| 18 PG&E common stock | A | Dividend | J | T | | | | | |
| 19 Pepsico common stock | A | Dividend | J | T | | | | | |
| 20 Schlumberger common stock | A | Dividend | J | T | | | | | |
| 21 SW Airlines common stock | A | Dividend | J | T | | | | | |
| 22 Varian Assoc. common stock | A | Dividend | J | T | | | | | |
| 23 Weingarten Rlty Invs. common stock | A | Dividend | J | T | | | | | |
| 24 Farm rental prop., Sangamon Co., Ill., appraisal : 2-12-90 | B | Rent | K | Q | | | | | |
| 25 Bank One (savings) | B | Interest | L | T | | | | | |
| 26 First of Amer. Ill. (savings) | A | Interest | K | T | | | | | |
| 27 First Natl. Bank-Centl. Ill. (savings acc) | A | Interest | K | T | | | | | |
| 28 Prairie State Bank & Trust (CD) | B | Interest | | | | | | | |
| 29 GT Inv Fds Inc. Glbl Grth & Inc Fd Cl B | A | Dividend | J | T | | | | | |
| 30 Putnam Intl New Opps Fd Cl B | A | Dividend | J | T | | | | | |
| 31 Templeton Grwth Fd Inc. Cl 1 | A | Dividend | J | T | | | | | |
| 32 ML Glbl Holdings Fd. Cl D | | None | J | T | | | | | |
| 33 ML Capital Fund Cl B | A | Dividend | J | T | | | | | |
| 34 ML Pacific Fund Cl B | A | Dividend | J | T | | | | | |

| 1 Inc Gain Code: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |
| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |
| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| (Col. C2) | U=Book Value | V=Other | W=Estimated | | |

Digitized by Google

FINANCIAL DISCLOSURE... Anne E.

04/03/1998

## VII. PA... INVESTMENTS AND TRUSTS...

| A DESCRIPTION OF ASSETS | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTIN | | D. TRANSACTIONS DURING REPORTING PERIOD | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A-H) | (2) TYPE (E.G. DIVIDEND RENT OR INT) | (1) VAL UE COD E (J-P) | (2) VALUE METH OD CODE (Q-W) | EXEMPT | | | | |
| | | | | | (1) TYPE (E.G. BUY, SELL, MERGER) | (2) DATE MONTH | (3) VAL UE COD E | (4) GAIN COD E | (5) IDENTITY OF BUYER/SELLER (IF PRIVATE TRANSACTION) |
| NON-SO REPORTABLE INCOME ASSETS, OR TRANSACTIONS) | | | | | | | | | |
| 35 Ivy Internatl Fd 11 Cl B | | None | J | T | | | | | |
| 36 GT Invt. Fds. Inc. Glbl Emg. Markets Fd Cl B | A | Distributi on | J | T | | | | | |
| 37 Vanguard Index Trust 500 Fd. | A | Dividend | J | T | | | | | |
| 38 Pioneer Tax-free Inc. Fd Cl. A | A | Dividend | J | T | | | | | |
| 39 ML CMA Money Fund | A | Dividend | K | T | | | | | |
| 40 ML CMA Tax-exempt Money Fund | A | Dividend | J | T | | | | | |
| 41 ML Retirement Reserves Fund (IRA) | A | Dividend | J | T | | | | | |
| 42 ML Capital Fd Cl B (IRA) | A | Dividend | K | T | | | | | |
| 43 Putnam New Opp. Fd Cl B (IRA) | A | Dividend | J | T | | | | | |
| 44 Putnam Int. New Opp. Fd Cl B (IRA) | A | Dividend | J | T | | | | | |
| 45 Unit AMFAC/JMB Hawaii NTS Cl A & B | A | Interest | J | W | | | | | |
| 46 Intermountain Pwr Agy Ut Pwr Sup Rv Bond 7.1% Jun89 Ot July/ 02 | B | Interest | K | T | | | | | |
| 47 Phil. Pa Wtr-Swr Rev 7% Bond 14th ser Jun89 Ot OctOl 08 | A | Interest | K | T | | | | | |
| 48 Washington St 7.05%CI Bond Oct89 Ot Aug1 05 | A | Interest | J | T | | | | | |
| 49 Chi Il. Wtr Rev Cap App 7.2%CI Bond Dec89 Ot Nov15 05 | B | Interest | K | T | | | | | |
| 50 Galveston Tx Pub Impt Cap App 7.05%CI Bond May90 Ot May01 03 | B | Interest | K | T | | | | | |
| 51 Brighton Mi Area Sch Dst 7.5%CI SR 1 Bond May90 Ot May01 15 | B | Interest | K | T | | | | | |

| 1 Inc/Gain Codes: A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col. B1, D4) F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |
| 2 Val Codes: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
| (Col. C1, D3) O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |
| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| (Col. C2) U=Book Value | V=Other | W=Estimated | | |

Digitized by Google

FINANCIAL DISCLOSURE REPORT Name 2.                                    04/03/1998

## VII. PAGE INVESTMENTS AND TRUSTS (pp. 57-91 of instructions)

| A. DESCRIPTION OF ASSETS (Indicate where applicable, owner of the asset by using the parenthetical "(Y)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. INCOME DURING REPORTING PERIOD | | C. GROSS VALUE AT END OF REPORTING | | D. TRANSACTIONS DURING REPORTING PERIOD EXEMPT | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) AMT CODE (A-H) | (2) TYPE (E.G. DIVIDEND, RENT OR ) | (1) VAL UE COD E (J-P) | (2) VALUE METH OD CODE (Q-W) | IF NOT EXEMPT FROM DISCLOSURE | | | | |
| | | | | | (1) TYPE (E.G. BUY, SELL, MERGER) | (2) DATE MONT H | (3) VAL UE COD E | (4) GAIN COD E | (5) IDENTITY OF BUYER/SELLER (IF PRIVATE TRANSACTION) |
| NONE (NO REPORTABLE INCOME, ASSETS, OR TRANSACTIONS) | | | | | | | | | |
| 52 Alaska Enrgy Au Pwr Rv Cap App 7.10CI Bond Oct89 04Jul01 06 | B | Interest | K | T | | | | | |
| 53 Penn Cnvtn Ctr Auth Rev Ser A 6.85% Bond Jan90 04 Sep01 03 | B | Interest | K | T | | | | | |
| 54 Ind. Transn Fin Auth Hwy Rev A 7.3%CI Bond Jun90 04 Jun01 04 | B | Interest | K | T | | | | | |
| 55 Thornton Col 6.75%CI RFDG Bond Mar91 04Dec01 07 | B | Interest | K | T | | | | | |
| 56 Conn. St College Sav Bond Ser A 6.65%CI May92 04May15 10 | B | Interest | K | T | | | | | |
| 57 Oak Lawn IL Wtr-Swr Rev 6.8%CI Ser A RFDG Jun92 09Oct01 09 | A | Interest | J | T | | | | | |
| 58 Broward Cnty Fla Sch Dist RFDG Bond 6.55%CI Jun92 04Feb15 08 | B | Interest | K | T | | | | | |
| 59 Chartiers Valley Pa Sch Dist 6.35%CI Bond Jan 93 04Feb01 07 | A | Interest | J | T | | | | | |
| 60 Judson Tex ISD Sch Bldg 5.85%CI RFDG Bond Mar94 04Feb01 07 | A | Interest | K | T | | | | | |
| 61 Cal St CPN MTGRS Ser BI YLD 5.50 Bond Sep90 04 Aug01 03 | B | Interest | K | T | | | | | |
| 62 Montcur Pa Sch Dt New Sch Ser B 5.75%CI Bond Aug93 04Jan01 10 | B | Interest | K | T | | | | | |
| 63 Hillsborough Cnty Fl Utl Ref Rev7.25%CI A Bond Sep91 04 Aug06 | B | Interest | K | T | | | | | |
| 64 Corpus Christi Tx Gn Imp Rf6.20 LT Bond Dec87 04Nov01 02 | B | Interest | K | T | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |
| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |
| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| (Col. C2) | U=Book Value | V=Other | W=Estimated | | |

Digitized by Google

FINANCIAL DISCLOSURE REPORT Lynne E.

DATE OF REPORT
04/03/1996

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (indicate part)

☐ NON (NO ADDITIONAL INFORMATION OR EXPLANATIONS.)

The interest shown on items 46-64 of Part VII is original issue discount.

Digitized by Google

FINANCIAL DISCLOSURE REPORT Scott, Jeanne E.             04/03/1998

## IX. CERTIFICATION

IN COMPLIANCE WITH THE PROVISIONS OF 28 U.S.C. 455 AND OF ADVISORY OPINION NO. 57 OF THE ADVISORY COMMITTEE ON JUDICIAL ACTIVITIES, AND TO THE BEST OF MY KNOWLEDGE AT THE TIME AFTER REASONABLE INQUIRY, I DID NOT PERFORM ANY ADJUDICATORY FUNCTION IN ANY LITIGATION DURING THE PERIOD COVERED BY THIS REPORT IN WHICH I, MY SPOUSE, OR MY MINOR OR DEPENDENT CHILDREN HAD A FINANCIAL INTEREST, AS DEFINED IN CANON 3C(3)(C), IN THE OUTCOME OF SUCH LITIGATION.

I CERTIFY THAT ALL THE INFORMATION GIVEN ABOVE (INCLUDING INFORMATION PERTAINING TO MY SPOUSE AND MINOR OR DEPENDENT CHILDREN, IF ANY) IS ACCURATE, TRUE, AND COMPLETE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT ANY INFORMATION NOT REPORTED WAS WITHHELD BECAUSE IT MET APPLICABLE STATUTORY PROVISIONS PERMITTING NON-DISCLOSURE.

I FURTHER CERTIFY THAT EARNED INCOME FROM OUTSIDE EMPLOYMENT AND HONORARIA AND THE ACCEPTANCE OF GIFTS WHICH HAVE BEEN REPORTED ARE IN COMPLIANCE WITH THE PROVISIONS OF 5 U.S.C. APP. 4, SECTION 501 ET. SEQ. 5 U.S.C. 7353 AND JUDICIAL CONFERENCE REGULATIONS.

SIGNATURE _Jeanne E. Scott_      DATE _April 3, 1998_

NOTE:      ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
            AND CRIMINAL SANCTIONS (5 U.S.C. APP. 4, SECTION 104).

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

Digitized by Google

# 774

## FINANCIAL STATEMENT

### NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 130. | 722 | 06 | Notes payable to banks-secured | 0 | | |
| U S Government securities .. add schedule | 0 | | | Notes payable to banks-unsecured | 0 | | |
| Listed securities  add schedule | 935 | 298 | 76 | Notes payable to relatives | 0 | | |
| Unlisted securities  add schedule | 0 | | | Notes payable to others | 0 | | |
| Accounts and notes receivable | 2. | 985. | 00 | Accounts and bills due | 0 | | |
| Due from relatives and friends | 0 | | | Unpaid income tax | 0 | | |
| Due from others | 2. | 985 | 00 | Other unpaid tax and interest | 0 | | |
| Doubtful | 0 | | | Real estate mortgages payable. add schedule | 13. | 365 | 15 |
| Real estate mortgages receivable | 0 | | | _____ mortgages and other liens payable | 0 | | |
| Autos and other personal property | 16 | 500 | 00 | Other debts-itemize | 0 | | |
| Cash value-life insurance | 18. | 344 | 89 | | | | |
| Other assets-itemize | | | | | | | |
| Real Estate | 122. | 050 | 00 | | | | |
| | | | | Total Liabilities | 13. | 365. | 15 |
| | | | | Net Worth | 1.212. | 535. | 56 |
| Total Assets | 1.225. | 900 | 71 | Total liabilities and net worth | 1.225 | 900 | 71 |
| CONTINGENT LIABILITIES | 0 | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | 0 | | | Are any assets pledged? (add schedule) | No | | |
| On leases or contracts | 0 | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | 0 | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | 0 | | | | | | |
| Other special debt | 0 | | | | | | |
| | | | | | | | |

Digitized by Google